■ AMERICAN HOME ASSURANCE COMPANY, Respondent, v ABDUR RAHIM, Appellant. [933 NYS2d 571]

To vacate the judgment entered upon his failure to answer the complaint or appear for a scheduled trial, the defendant was required to demonstrate both a reasonable excuse for his default and a potentially meritorious defense (*see McClaren v Bell Atl.*, 30 AD3d 569 [2006]; *Kein v Zeno*, 23 AD3d 351 [2005]; *Rubenbauer v Mekelburg*, 22 AD3d 826 [2005]). The determination of what constitutes a reasonable excuse lies within the trial court's discretion (*see Hageman v Home Depot U.S.A., Inc.*, 25 AD3d 760 [2006]; *Ruppell v Hair Plus Beauty*, 288 AD2d 205 [2001]). Contrary to the defendant's contentions, the trial court providently exercised its discretion in rejecting the defendant's proferred excuse for his default. Moreover, the defendant made no showing that he had a potentially meritorious defense to the

action. Dillon, J.P., Dickerson, Leventhal, Austin and Miller, JJ., concur.